```
                UNITED STATES DISTRICT COURT
                         FOR THE
                    DISTRICT OF VERMONT


FRANK W. FELLOWS,                  :
               Petitioner,         :
                                   :
     v.                            : Docket No. 2:20-CV-139
                                   :
JAMES BAKER and                    :
THOMAS J. DONOVAN, JR.,            :
               Respondents.        :
```

ORDER

    The Report and Recommendation of the United States Magistrate Judge was filed March 10, 2021.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    The Respondent's Motion to Dismiss (Doc. 5) is GRANTED. It is further ordered that Fellows's §2254 Petition (Doc. 4) is DISMISSED and Fellows's Motion to Reconsider denial of his request for appointed counsel (Doc. 10) is DENIED as moot.

    Because Fellows has not made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue.  See 28 U.S.C. §2253(c)(2).

      Dated at Burlington, in the District of Vermont, this 15th day of September, 2021.

                                             <u>/s/ William K. Sessions III</u>
                                             William K. Sessions III
                                             District Court Judge